FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2012

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN, SR., <br><br> Petitioner, <br><br> vs. <br><br> RANDY GROUNDS, Warden, <br><br> Respondent. | Case No. CV 11-1088-AHM (JPR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied without leave to amend and Judgment be entered dismissing this action with prejudice.

DATED: October 12, 2012

A. HOWARD MATZ
U.S. DISTRICT JUDGE