JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN, SR., <br><br> Petitioner, <br><br> vs. <br><br> RANDY GROUNDS, Warden, <br><br> Respondent. | Case No. CV 11-1088-AHM (JPR) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 12, 2012

_____
A. HOWARD MATZ
U.S. DISTRICT JUDGE

JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY